**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-61650-RAR**

**CYNTHIA LAREMORE**,

    Plaintiff,

v.

**HOLIDAY CVS, LLC**, *et al.*,

    Defendants.
_____/

## REFERRAL FOR SETTLEMENT CONFERENCE

**THIS MATTER** comes before the Court *sua sponte* and is **REFERRED** for purposes of a settlement conference before Magistrate Judge Jared M. Strauss. Counsel shall confer and contact Magistrate Judge Strauss' Chambers **within five (5) days** of this Order to schedule the settlement conference. Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory.[1]

All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **three (3) days** of the conference.

Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to the dismissal of this action or entry of default.

---

[1] Given the ongoing COVID-19 pandemic, the settlement conference may be conducted via teleconference, Zoom, or as otherwise indicated by Magistrate Judge Strauss. The parties shall discuss these arrangements with Magistrate Judge Strauss.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of August, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**