## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-CIV-61650-RAR

**CYNTHIA LAREMORE**,

     Plaintiff,

v.

**HOLIDAY CVS, LLC**, *et al.*,

     Defendants.

_____/

### <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

**THIS CAUSE** is before the Court on the parties' Stipulation of Dismissal with Prejudice [ECF No. 82], filed on November 2, 2021.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of November, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record